IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY as subrogee of BRENDA WYATT,<br><br>Plaintiff,<br><br>vs.<br><br>RESIDEO TECHNOLOGIES, INC., THERMA-STOR, LLC, and REGAL BELOIT CORPORATION,<br><br>Defendants. | Civil Action No. 1:21-cv-00469-JMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT REGAL BELOIT CORPORATION WITHOUT PREJUDICE** |

Before the Court is *Plaintiff's Motion to Dismiss Defendant Regal Beloit Corporation Without Prejudice*. Plaintiff no longer desires to prosecute this cause of action against Defendant Regal Beloit Corporation.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the *Motion to Dismiss without Prejudice* is GRANTED, ONLY as to Defendant Regal Beloit Corporation, each party to bear its own costs.

s/J. Michelle Childs
J. Michelle Childs
United States District Judge

June 8, 2021
Columbia, South Carolina