# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY, AS SUBROGEE OF BRENDA WYATT,<br><br>    Plaintiff,<br><br>vs.<br><br>RESIDEO TECHNOLOGIES, INC., THERMA-STOR, LLC, AND REGAL BELOIT CORPORATION,<br><br>    Defendants. | Civil Action No. 1:21-cv-00469-JMC<br><br>**THERMA-STOR LLC'S MOTION TO AMEND SCHEDULING ORDER** |

Defendant Therma-Stor, LLC ("Therma-Stor"), hereby moves the court pursuant to Local Civil Rule 6.01 DSC, to amend the Scheduling Order, to change the August 5, 2021 deadline for the parties to amend the pleadings and name additional witnesses, to September 23, 2021.

As grounds, Defendant Therma-Stor served Plaintiff with discovery which would have been due on June 25, 2021, but pursuant to an agreement between Plaintiff and Defendant Therma-Stor, Plaintiff was given a new deadline of August 23, 2021. Without discovery, Therma-Stor is not be able to determine if any additional parties need to be added or if the pleadings need to be amended. September 23, 2021 would provide Therma-Stor with sufficient time.

Therma-Stor has consulted with the other parties to this action and there is no objection to this motion.

PPAB 6482116v1

2

Respectfully submitted,

s/ Robert H. Jordan
Robert H. Jordan, Esq. (Fed. ID: 06986)
Email:  robertjordan@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
Phone: 843-727-2650

and

Brian C. Hough (admitted pro hac)
WI State Bar No. 1025056
E-mail: bhough@axley.com
Justin H. Lessner (admitted pro hac)
WI State Bar No. 1064634
E-mail: jlessner@axley.com
AXLEY BRYNELSON, LLP
2 East Mifflin Street, Suite 200
Post Office Box 1767
Madison, WI 53701-1767
Phone: 608-257-5661

ATTORNEYS FOR DEFENDANT
THERMA-STOR, LLC

August 4, 2021.
Charleston, South Carolina