# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY, AS SUBROGEE OF BRENDA WYATT, | CIVIL ACTION NO: 1:21-CV-00469-JMC |
| Plaintiff(s), | **CONSENT ORDER** |
| vs. | |
| RESIDEO TECHNOLOGIES, INC., AND THEREMA-STOR, LLC. | |
| Defendant(s). | |

This matter comes before the Court by consent of all parties. On September 23, 2021, Defendant Resideo Technologies, Inc. ("Resideo), filed a motion seeking leave to file a Second Amended Answer and Cross-Claim against Defendant Therma-Stor, LLC. (Doc. No. 30). After the motion was filed, all parties consented to allow Defendant Resideo to file a Second Amended Answer and Cross-Claim. Therefore, Defendant Resideo's motion is granted. Defendant Resideo is granted leave to file its Second Amended Answer and Cross-Claim against Defendant Therma-Stor, LLC.

IT IS ORDERED

*J. Michelle Childs*
_____
J. Michelle Childs
United States District Judge

September 28, 2021

I so move and Consent

s/Joseph R. Shakibanasab
Joseph R. Shakibanasab, Fed Id No. 12853
Douglas E. Leadbitter, Fed Id No. 9358
VERNIS & BOWLING OF COLUMBIA, LLC
1401 Main Street, Suite 655
Columbia, SC 29201
Attorneys for Resideo Technologies, Inc.

I so consent:

s/George Brandt, III
George Brandt, III,
360 East Henry street, Suit 101
Spartanburg, South Carolina 29302
Counsel for Central Mutual Insurance Company

I so consent:

s/Mark W. Moran
Mark W. Moran
Munck Wilson Mandala
600 Banner Place Tower
12770 Coit Rd.
Dallas, TX 75251

I so consent:

s/Robert H. Jordan
Robert H. Jordan
Parker Poe Adams & Bernstein, LLP
200 Meeting Street, Suite 301
Charleston, SC 29401
Counsel for Therma-Stor, LLC

I so consent:

s/Brian C. Hough
Brian C. Hough,
Axley Brynelson, LLP
2 E. Mifflin Street, Suite 200
Madison, Wisconsin 53703
Counsel for Therma-Stor, LLC