IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY as subrogee of BRENDA WYATT, | ) ) ) ) | Civil Action No. 1:21-cv-00469-JMC |
| Plaintiff, | ) ) | **WITHDRAWAL OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT RESIDEO TECHNOLOGIES, INC.** |
| vs. | ) ) ) | |
| RESIDEO TECHNOLOGIES, INC., THERMA-STOR, LLC, and REGAL BELOIT CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Central Mutual Insurance Company as subrogee of Brenda Wyatt ("Central") hereby withdraws its Motion for Partial Summary Judgment [ECF 36] as to Defendant Resideo Technologies, Inc ("Resideo"). Central has resolved all its claims against Resideo. This withdrawal pertains only to Resideo, and Central does not withdraw its Motion for Partial Summary Judgment against Defendant Therma-Stor, LLC.

Respectfully submitted,

**HENDERSON, BRANDT & VIETH, P.A.**

By: /s/ George Brandt, III
**George Brandt, III**   Fed Bar No. 01451
360 East Henry Street, Suite 101
Spartanburg, South Carolina 29302
Telephone: 864.582.2962
Email: gbrandt@hbvlaw.com

and

MUNCK WILSON MANDALA, LLP

By: /s/ Drew H. Nunn
**MARK W. MORAN**
Texas Bar No. 00788076
**DREW H. NUNN**
Texas Bar No. 24126146
600 Banner Place Tower
12770 Coit Road
Dallas, Texas 75251
Telephone: 972-628-3600
Facsimile: 972-628-3616
Email: mmoran@munckwilson.com
Email: dnunn@munckwilson.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December 2021, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, District of South Carolina, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ George Brandt, III*
George Brandt, III