IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY, AS SUBROGEE OF BRENDA WYATT,<br><br>          Plaintiff,<br><br>v.<br><br>RESIDEO TECHNOLOGIES, INC. AND THERMA-STOR, LLC,<br><br>          Defendants. | Case No.: 1:21-cv-00469-JMC<br><br>**STIPULATION OF DISMISSAL AS TO RESIDEO TECHNOLOGIES, INC.'S CROSS-CLAIM AGAINST THERMA-STOR, LLC** |

The parties hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Defendant Resideo Technologies, Inc.'s Cross-Claim against Defendant Therma-Stor, LLC, is hereby dismissed.

The parties further stipulate and agree that each party shall be responsible for its own costs and attorneys' fees.

  **So stipulated:**

  s/Joseph R. Shakibanasab
  Joseph R. Shakibanasab, Fed Id No. 12853
  Douglas E. Leadbitter, Fed Id No. 9358
  VERNIS & BOWLING OF COLUMBIA, LLC
  1401 Main Street, Suite 655
  Columbia, SC 29201
  *Attorneys for Defendant Resideo Technologies, Inc.*

  **So stipulated:**

  s/Robert H. Jordan
  Robert H. Jordan
  Parker Poe Adams & Bernstein, LLP
  200 Meeting Street, Suite 301
  Charleston, SC 29401
  *Attorney for Defendant Therma-Stor, LLC*

**AND**

s/Brian C. Hough
Brian C. Hough,
Axley Brynelson, LLP
2 E. Mifflin Street, Suite 200
Madison, Wisconsin 53703
*Attorney for Defendant Therma-Stor, LLC*

**So stipulated:**

s/George Brandt, III
George Brandt, III,
360 East Henry street, Suit 101
Spartanburg, South Carolina 29302
*Attorneys for Plaintiff Central Mutual Insurance Company*

**AND**

s/Drew H. Nunn
Mark W. Moran
Drew H. Nunn
Munck Wilson Mandala
600 Banner Place Tower
12770 Coit Rd.
Dallas, TX 75251
*Attorneys for Plaintiff Central Mutual Insurance Company*